Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:11-mj-0046-MJS |
| ) | |
| Plaintiff, ) | MOTION TO DISMISS; |
| ) | AND ORDER |
| v. ) | THEREON |
| ) | |
| AILI J. MAASS, ) | |
| ) | |
| Defendant. ) | |

The defendant having met all conditions of deferral, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon.

Dated: June 26, 2012                    NATIONAL PARK SERVICE


                                       /S/ Susan St. Vincent
                                       Susan St. Vincent
                                       Acting Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   June 27, 2012            /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE